IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THOMAS MCDANIEL,<br><br>    Petitioner,<br><br>v.<br><br>SHANE NELSON,<br><br>    Respondent. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 1:21-CV-25-TS<br><br>District Judge Ted Stewart |

  Plaintiff filed a federal habeas-corpus petition and applied to proceed *in forma pauperis*. However, Plaintiff has not followed the Court's March 8, 2021, order to file within thirty days "a certified copy of Petitioner's inmate trust fund account statements for the six months immediately preceding the submission of the petition and the warden's certificate." (ECF No. 2.) Indeed, the Court's order was returned to sender, marked, "Left No Forwarding Address." (ECF No. 4.)

  Accordingly, IT IS ORDERED that--for failure to follow the Court's order and to prosecute this case--Plaintiff's action is administratively CLOSED, the petition never having been filed. IT IS FURTHER ORDERED that a certificate of appealability is DENIED.

    DATED this 14th day of April, 2021.

            BY THE COURT:

            _____
            JUDGE TED STEWART
            United States District Court